IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 14-1382 (RGA) ) ) ) ) ) ) ) |

## AMENDED FINAL JUDGMENT AND STIPULATION

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated in the Court's October 7, 2016 Trial Opinion (D.I. 155), the Stipulation and Order of Infringement of U.S. Patent No. 8,871,779 ("the '779 patent") (D.I. 110), and the mandates of the Federal Circuit (D.I. 169 and D.I. 170), the Court amends the final judgment entered on October 21, 2017 (D.I. 157) and enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Final judgment is entered in favor of Plaintiffs and against Defendants that claims 1-6 of U.S. Patent No. 8,871,779 patent are not invalid;

2. Final judgment is entered in favor of Plaintiffs and against Defendants (as stipulated in D.I. 110) that Defendants' filing of ANDA No. 20-4294 to obtain approval for the commercial manufacture, use, and sale of the proposed oxymorphone hydrochloride extended-release products that are the subject of that ANDA ("Defendants' ANDA products") is an act of patent infringement of asserted claims 1-6 of the '779 patent under 35 U.S.C. § 271(e)(2)(A);

3. Final judgment is entered in favor of Plaintiffs and against Defendants that the making, use, offer for sale, sale, and/or importation of Defendants' ANDA products as they are currently described in ANDA No. 20-4294 in/into the United States before the expiration of the '779 patent would directly infringe asserted claims 1-6 of the '779 patent under 35 U.S.C. § 271(a);

4. The partial judgment entered by the Court on February 5, 2016, relating to U.S. Patent No. 8,808,737 ("the '737 patent") (D.I. 108), is hereby vacated;

5. The parties stipulate and agree that all claims in the Complaint (Counts I and II) (D.I. 1) and Amneal's counterclaim (Counterclaims I and III of the Answer (D.I. 12)) related to the '737 patent are hereby dismissed without prejudice;

6. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval by the United States Food and Drug Administration of Defendants' ANDA No. 20-4294 under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) shall be a date not earlier than the date of expiration of the '779 patent, including any applicable periods of regulatory exclusivity;

7. Pursuant to 35 U.S.C. §§ 271(e)(4)(B) and 283, Defendants and their affiliates, subsidiaries, officers, agents, employees, and attorneys, and those acting in privity or concert therewith are hereby enjoined prior to the expiration of the '779 patent from the commercial manufacture, use, marketing, sale, offer for sale within the United States or importation into the United States of Defendants' proposed oxymorphone hydrochloride extended-release products that are the subject of ANDA No. 20-4294, said injunctive relief shall not cover any activities that are protected by the "safe harbor" provision of 35 U.S.C. § 271(e)(1); and

8. The parties shall bear their own costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>skraftschik@mnat.com | Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

May 17, 2019

SO ORDERED this __20__ day of May, 2019.

/s/ Richard G. Andrews
United States District Judge

3